**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-6772**

———————————

CLAYTON BROWN,

        Plaintiff - Appellant,

    v.

R. C. MATHENA, Warden; OFFICER MITCHELL; SERGEANT SHRIEVE,

        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Samuel G. Wilson, District Judge.   (7:10-cv-00192-sgw-mfu)

———————————

Submitted:  August 26, 2010        Decided:  September 3, 2010

———————————

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Clayton Brown, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clayton Brown appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Mathena, No. 7:10-cv-00192-sgw-mfu (W.D. Va. May 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED